IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER DANNY CEASAR, III

    Petitioner,                No. CIV S-10-0392 GGH P

    vs.

KENNETH CLARK,

    Respondent.              ORDER

_____/

        By Order, filed on December 23, 2010, the stay in this habeas matter was lifted, the poorly organized, virtually incoherent amended petition at docket # 10 was stricken and the amended petition at docket # 11 deemed the operative petition; and the briefing schedule was set. Thereafter, petitioner filed a further amended petition on January 14, 2011, incorporating both the documents at docket # 10 and a slightly modified version of the amended petition at docket # 11. Petitioner's primary purpose may have been to rectify the omission of a claim six from the amended petition at docket # 11, which was noted in the prior order. The court will permit petitioner to proceed on the newly filed amended petition at docket # 15, but only with the first twelve pages stricken because that portion is a duplicate of the previously stricken defective document.

        Accordingly, IT IS ORDERED that:

        1. The Clerk of the Court is directed to strike the first twelve pages of the further

amended petition filed at docket # 15;

        2. As modified, the amended petition at docket # 15 supersedes prior amended petitions and is now the operative amended habeas petition; and

        3. The briefing schedule as set forth in the <u>Order</u>, filed on December 23, 2010 (docket # 12) remains with the adjustment that the response due from respondents will now be due sixty days from the date of this order.

DATED: January 24, 2011         /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
ceas0392.ord2