IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER DANNY CEASAR, III,

    Petitioner,                  No. CIV S-10-0392 JAM GGH P

    vs.

KENNETH CLARK,

    Respondent.              ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 22, 2011, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why respondent's February 22, 2011, motion to dismiss should not be granted.

DATED: April 11, 2011

                                            /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

GGH:035
ceas0392.46